IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSIE FISHER,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.   ) | CIVIL ACTION 03-0566-WS-B |
| ) | |
| **CIBA SPECIALTY CHEMICALS CORP.,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court on Defendants' Statement of Objection to Magistrate's Order on Privileged Documents (doc. 221).

A district court may disturb a magistrate judge's final ruling on a nondispositive pretrial motion only if the appellant shows it to be "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Local Rule 72.3(e) ("The district court shall modify, set aside, or remand to the magistrate judge any nondispositive order or portion thereof found to be clearly erroneous or contrary to law."); *In re Commissioner's Subpoenas*, 325 F.3d 1287, 1292 n.2 (11th Cir. 2003) ("The district court correctly observed that the standard of review by which it reconsidered the magistrate judge's determination of the instant pretrial matter is clearly erroneous or contrary to law."). After careful review of defendants' Statement of Objection and supporting Memorandum (doc. 222) and all other portions of the file deemed relevant, the Court finds that appellants/defendants have failed to demonstrate that the Order entered by Magistrate Judge Bivins on July 25, 2005 is clearly erroneous or contrary to law. The July 25 Order is **affirmed** and appellants' Objection is **overruled**.

DONE and ORDERED this 16th day of August, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE