# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSIE FISHER,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | **CIVIL ACTION 03-00566-WS-B** |
| | : | |
| **CIBA SPECIALTY CHEMICALS** | : | |
| **CORPORATION,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 15, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 16th day of May, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE